**THIS ORDER IS SIGNED AND ENTERED.**

Dated: August 24, 2015

_____
**Hon. Robert D. Martin**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN
120 North Henry Street
Madison, WI  54703

---

IN RE:

CASE NO:  14-14446-7

Timothy A. Koenig and Jill M. Koenig
    Debtor(s).

---

### ORDER VACATING
Transmittal of Complete Record on Appeal to U.S. District Court

It appearing that the Transmittal of the Complete Record on Appeal to U.S. District Court was transmitted in error on 8/21/15; it is

ORDERED and notice is hereby given that the Transmittal of the Complete Record on Appeal to U.S. District Court in the above-entitled case is  hereby revoked, and it is further

ORDERED that a copy of this order be mailed to the debtor(s), the debtor's attorney, all creditors, and other parties in interest.

###